UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE LIFE IS GOOD COMPANY, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| TEESPRING, INC., | ) | |
|     Defendant | ) | |

COMPLAINT AND JURY DEMAND

PARTIES

1. Plaintiff The Life is Good Company ("Life is Good") is a Massachusetts corporation
with a principal place of business in Boston, Massachusetts.

2. Defendant Teespring, Inc. ("Teespring") is a Delaware corporation with a principal
place of business in San Francisco, California.  Teespring operates an interactive website at
www.teespring.com through which designers of t-shirts advertise and sell those shirts.
Consumers throughout the world, including in Massachusetts, can purchase the t-shirts directly
through the Defendant's website.

JURISDICTION AND VENUE

3.  This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332
because the Plaintiff is a citizen of a different state than the Defendant, and the property right at
issue has a value in excess of $75,000.00.  In addition, this Court has jurisdiction pursuant to 15
U.S.C. § 1121 and 28 U.S.C. § 1338(a) and (b) because this matter involves violations of the
Lanham Act, 15 U.S.C. § 1051, et seq., as well as substantial and related state law claims.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) because Life is

1

Good's cause of action arose and Life is Good is being injured in this judicial district, and because Defendant is doing business in this judicial district and targeting Massachusetts customers to purchase its infringing and counterfeit products.

## FACTS

A. The Plaintiff and its "LIFE IS GOOD" Trademark.

5. Since at least as early as 1994, and continuously therefrom, the Plaintiff and its predecessors (Albert Jacobs and John Jacobs, doing business as Jacobs Gallery) have sold various products such as t-shirts, hats, pants, other clothing, stickers, flying discs, coffee mugs, *inter alia*, under the trademark "LIFE IS GOOD." The goods have been sold to retail stores and consumers directly by Life is Good, through its licensees, or through its web site.

6. Since 1994, the Plaintiff has continuously and pervasively utilized its "LIFE IS GOOD" trademark within this district and throughout the United States on its products, on hang tags, displays, boxes, packaging and labels, at its website (www.lifeisgood.com), and in catalogs and other places.

7. In short, the Plaintiff has invested substantial resources in promoting its products under the "LIFE IS GOOD" mark, and in developing national recognition of its "LIFE IS GOOD" mark and brand.  As a result, the "LIFE IS GOOD" mark is perceived as a distinctive indicator of Plaintiff as the source of the goods.

8. On December 24, 1996, the United States Patent and Trademark Office (the "U.S.P.T.O.") issued a registration for Plaintiff's trademark "LIFE IS GOOD," registration number 2,025,737 (the "'737 Registration" ). The registration was issued to Jacobs Gallery.  The goods under this registration are "Sportswear, namely T-shirts, sweatshirts, shirts, hats, pants, and shorts."  The trademark was assigned by Jacobs Gallery to Life is good, Inc. on April 16,

2

1998. On April 6, 2002, the U.S.P.T.O. accepted Life is Good's section 8 and 15 affidavit for the '737 registration, and thus, it has become incontestable pursuant to 15 U.S.C. § 1065.  The trademark was renewed on January 11, 2017, and is currently in full force and effect.  On October 15, 2008, the change of the name of the registrant to The Life is Good Company was recorded with the U.S.P.T.O.  A true copy of U.S. Trademark Registration No. 2,025,737 is attached hereto as Exhibit A.

9. In addition, Life is Good has eleven (11) other U.S. trademark registrations for the "LIFE IS GOOD" trademark for a variety of goods and services, and has registered the "LIFE IS GOOD" trademark in Canada, Europe and numerous other countries.

10. The trademark "LIFE IS GOOD" appears on or in connection with every product sold by Life is Good.

11. For many years Life is Good has marketed its products and offered its products for sale at its internet web site located at www.lifeisgood.com.  Representative pages from Life is Good's web site are attached hereto as Exhibit B.

B. The Defendant and Its Infringing Activities.

12. Teespring is in the business of printing and selling t-shirts with a wide variety of designs.  Upon information and belief, Defendant has online tools that permit its customers to create and upload infringing and counterfeiting designs, and start a "campaign" on Defendant's website.  The designs printed by Defendant are submitted to Defendant or created online using Defendant's design tools at Defendant's website.

13. On information and belief, upon each sale Defendant reimburses itself for "production costs" and pays itself a processing fee, and then pays out the remaining revenue to the t-shirt designer.

3

14.   On information and belief, Defendant has no method or process for screening a design to ensure that it does not infringe the intellectual property rights of third-parties before the design is launched and sales commence on Defendant's site.

15. Rather, the only "protection" that Defendant provides to third-party intellectual property owners is its "IP Claim" form at its website.  However, although Defendant has eventually responded to IP claims submitted by Life is Good by removing some of the infringing items, Defendant apparently does not bar repeat infringers from its website.  Further, Defendant apparently has no policy or process in place to screen potential new campaigns against registered trademarks to ensure that such new campaigns do not infringe the intellectual property rights of third-parties.

16.   Although Defendant asserts that its "IP Claim" form meets the requirements of the Digital Millennium Copyright Act ("DMCA"), it does not. Defendant has failed to bar repeat infringers from gaining access to its website.  Further, the DMCA "safe harbor" provisions only apply to copyright infringement claims; thus Defendant's complaint policy affords it no "safe harbor" from Life is Good's claims of trademark infringement.

17. In June 0f 2016, Life is Good first learned that Defendant was offering for sale on its website numerous t-shirts that infringed Life is Good's LIFE IS GOOD" trademark.  As a result, counsel for Life Is Good filed an "IP Claim" through Defendant's website.

18. Although Defendant did eventually remove the initial infringing t-shirts from its website, numerous additional campaigns have offered infringing products on Defendant's website over the past 17 months.  Counsel has been forced to send numerous IP Claims through Defendant's website in order to have the infringing items eventually removed.  Additionally, counsel for Life is Good has sent Defendant numerous letters and emails requesting that

Defendant remove all infringing items from its website and deny access to Defendant's website

to each person or entity that has offered for sale infringing items on Defendant's website.  True

copies of examples of those letters and emails are attached hereto as Exhibit C.

19. Unfortunately, the infringement continues unabated on Defendant's website.

Attached hereto as Exhibit D are numerous examples of infringing items found for sale as of July

31, 2017 on Defendant's website.

20. Defendant's actions have caused and/or are likely to cause confusion, mistake, or

deception among the consuming public as to the source or origin of the products sold on

Defendant's website, and are likely to create a false belief that sales on Defendant's website are

authorized by or sponsored by Life is Good.   As a result, the Defendant's actions are causing,

and unless enjoined will continue to cause, damage to the substantial goodwill that Life is Good

has developed in its marks and brand.

21.  If the Defendant is not enjoined from misappropriating Life is Good's marks, the

Plaintiff will suffer immediate and irreparable harm.

COUNT I
TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT
15 U.S.C. § 1114

22. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 21 of

the complaint.

23. Plaintiff's mark "LIFE IS GOOD" is protected by a valid, subsisting, and

incontestable United States Trademark Registration.

24. The commercial use of Life is Good's trademark on t-shirts and other products by

Defendant as described above is a willful infringement of Life is Good's registered trademark,

and such commercial use was with knowledge of and intended to trade off of Life is Good's

5

prior rights to its registered trademark.

25. Defendant's solicitation, manufacture, offering for sale, sale and shipment of infringing products creates a likelihood of confusion in the minds of consumers as to Life is Good's affiliation, connection or association with, or sponsorship or endorsement of the infringing products.

26. Plaintiff has not authorized the Defendant to make the above-described uses of Plaintiff's trademark.

27. Upon information and belief, the Defendant acted knowingly and intentionally in misappropriating the Plaintiff's trademark, and has continued to do so despite actual knowledge of Plaintiff's rights and Defendant's infringement.

28. The goodwill of Life is Good's trademark is of enormous value, and Life is Good is suffering and will continue to suffer irreparable harm should Defendant's unauthorized manufacturing, selling and shipping of the infringing products continue.

29. Defendant's use of Life is Good's trademark on the infringing products has continued and will continue unless enjoined by this Court.

30. Life is Good is entitled to preliminary and permanent injunctions against Defendant, as well as all other remedies available under the Lanham Act, including, without limitation, compensatory damages, enhanced damages, disgorgement of profits and costs and attorney's fees.

## COUNT II
### UNFAIR COMPETITION AND PASSING OFF UNDER THE LANHAM ACT,
### 15 U.S.C. § 1125(a)

31. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 30 of the complaint.

6

32. Defendant's manufacture, sale and shipment of products bearing the Life is Good trademark that compete directly with authentic Life is Good products has caused and will likely cause confusion, mistake or deception on the part of persons interested in purchasing authentic Life is Good products as to the origin of Defendant's infringing products, and/or the sponsorship or approval by Life is Good of Defendant's infringing products.

33. Upon information and belief, Defendant's unfair competition and passing off has been willful and deliberate, and has continued despite actual knowledge of Plaintiff's rights and Defendant's infringement.

34. The goodwill of Life is Good's trademark is of enormous value, and Life is Good is suffering and will continue to suffer irreparable harm should Defendant's unfair competition and passing off of the infringing products continue.

35. Defendant's unfair competition and passing off has continued and will continue unless enjoined by this Court.

36. Life is Good is entitled to preliminary and permanent injunctions against Defendant, as well as all other remedies available under the Lanham Act, including, without limitation, compensatory damages, enhanced damages, disgorgement of profits and costs and attorney's fees.

COUNT III
CONTRIBUTORY TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT,
15 U.S.C. §§ 1114 and 1125(a)

37. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 36 of the complaint.

38. Defendant manufactures, sells and ships infringing and counterfeit products created by unnamed third parties.

7

39. In view of the numerous notices provided to it by Life is Good, Defendant is aware that its customers are creating infringing and counterfeit designs which Defendant is manufacturing, selling and shipping.

40. Defendant is liable for contributory trademark infringement through its actions of manufacturing, selling, and shipping products that it knows bear infringing and counterfeit designs, and through its refusal to deny access to his website to such serial infringers despite repeated notices.

## COUNT IV
### COUNTERFEITING UNDER THE LANHAM ACT, 15 U.S.C. § 1114

41. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 40 of the complaint.

42. Defendant, without authorization from Life is Good, has manufactured, sold and shipped products, as described above, that display counterfeits or colorable imitations of federally registered Life is Good trademark.

43. Defendant's actions are intended to cause, have caused and are likely to continue to cause confusion, mistake and deception among consumers and potential consumers as to whether Defendant's counterfeit products originate from or are affiliated with, sponsored by, licensed by or endorsed by Life is Good.

44. Defendant has acted with knowledge of Life is Good's trademark rights and with a deliberate, willful intention to trade upon the consumer goodwill created and enjoyed by Life is Good.

45. Defendant's actions constitute trademark counterfeiting in violation of 15 U.S.C. § 1114.

46. The goodwill of Life is Good's trademark is of enormous value, and Life is Good is suffering and will continue to suffer irreparable harm should Defendant's unauthorized manufacturing, selling and shipping of counterfeit products continue.

47. Defendant's use of Life is Good's trademark on counterfeit products has continued and will continue unless enjoined by this Court.

48. Life is Good is entitled to preliminary and permanent injunctions against Defendant, as well as all other remedies available under the Lanham Act, including, without limitation, compensatory damages, enhanced damages, disgorgement of profits and costs and attorney's fees.

## COUNT V
## UNFAIR COMPETITION UNDER THE COMMON LAW

49. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 48 of the complaint.

50. Plaintiff's trademark is well-known throughout the United States.

51. Defendant's misappropriation of Life is Good's trademark constitutes unfair competition in violation of the Lanham Act and the common law, as well as common law trademark infringement.

52. Unless enjoined, these acts will cause irreparable injury and damage to Plaintiff for which there exists no adequate remedy at law.

WHEREFORE, Plaintiff The Life is Good Company prays that this Court:

1. Enter judgment in favor of Plaintiff on all counts of the complaint;

2. Award Plaintiff monetary damages plus statutory interest;

3. Award Plaintiff enhanced damages, attorneys' fees and costs;

4. Order Defendant to disgorge all profits realized from the sale of infringing products;

5. Order Defendant to pay to Plaintiff statutory damages of $1,000,000 per counterfeit mark per type of product sold, offered for sale, or distributed in accordance with 15 U.S.C. § 1117;

6. Order Defendant to surrender all infringing products for destruction;

7. Enter a preliminary injunction enjoining and restraining the Defendant, its directors, officers, agents, servants, employees, attorneys, subsidiaries, parents, affiliated companies, successors, and assigns, and all persons in active concert or participation with said Defendant who receive actual notice of this Court's orders by personal service or otherwise, from (1) operating the www.teespring.com website, or any similar website, unless and until Defendant has provided evidence to this Court showing that it has established a policy that insures that every campaign seeking access to any of Defendant's websites is screened against Life is Good's Trademarks prior to gaining access to Defendant's websites; and/or (2) from using in commerce any counterfeit or colorable imitation of Plaintiff's "LIFE IS GOOD" trademark, or any mark confusingly similar to that trademark;

8. Enter a permanent injunction enjoining and restraining the Defendant, its directors, officers, agents, servants, employees, attorneys, subsidiaries, parents, affiliated companies, successors, and assigns, and all persons in active concert or participation with said Defendant who receive actual notice of this Court's orders by personal service or otherwise, from (1) operating the www.teespring.com website, or any similar website, unless and until Defendant has provided evidence to this Court showing that it has established a policy that insures that every campaign seeking access to any of Defendant's websites is screened against Life is Good's

Trademark prior to gaining access to Defendant's websites; and/or (2) from using in commerce any counterfeit or colorable imitation of Plaintiff's "LIFE IS GOOD" trademark, or any mark confusingly similar to that trademark;

and

9. Award such further relief as the Court deems just and appropriate.

<u>Jury Demand</u>

The Plaintiff demands a trial by jury on all issues so triable.

THE LIFE IS GOOD COMPANY,
By its attorneys,

___/s/ Thomas E. Kenney_____
Thomas E. Kenney (#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444
tom@piercemandell.com

# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,025,737

## United States Patent and Trademark Office

Registered Dec. 24, 1996

## TRADEMARK
### PRINCIPAL REGISTER

# LIFE IS GOOD

JACOBS GALLERY (PARTNERSHIP)
299 ELLIOTT ST., SUITE 2
NEWTON, MA 02161

FOR: SPORTSWEAR, NAMELY, T-SHIRTS, SWEATSHIRTS, SHIRTS, HATS, PANTS, AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-1994; IN COMMERCE 1-27-1995.

SER. NO. 75-066,995, FILED 3-4-1996.

HENRY S. ZAK, EXAMINING ATTORNEY

# EXHIBIT B

LIFE IS GOOD DONATES **10% OF ITS NET PROFITS** TO HELP KIDS IN NEED.  **DONATE ›**



ABOUT   **SHOP**   DISCOVER

WOMEN   MEN   KIDS   HOME & PET   SALE

MY ACCOUNT

Search 🔍

Home / Kids / Girls / Crusher Tees

**KIDS**

**GIRLS**

Crusher Tees
Scoop Neck Swing Tee
Aly Raisman Tees

BOYS
TODDLER
FAMILY TEES
HATS
SUNGLASSES
TOYS
SALE

**COLOR**



**SIZE**

Ⓢ Ⓜ Ⓛ Ⓧⓛ

**SLEEVE LENGTH**
☐ LONG SLEEVE
☐ SHORT SLEEVE



**FREE BAG** WHEN YOU SPEND $75 OR MORE*

USE CODE:  **INTHEBAG**

*SEE DET

## CRUSHER TEES

Our classic tee, mini-sized. Same feel and fabric as the grown-up version, with lots of new art and designs for kids.



New! Girls Jam Session Crusher Tee

$18.00



New! Girls Unicorn Crusher Tee

$18.00



New! Girls Daisies Crusher Tee

$18.00



New! Girls Four Legged Word Cat Crusher Tee

$18.00



New! Girls Sunray Flip Flops Crusher Tee

$18.00



New! Girls Horse Crusher Tee

$18.00







New! Girls Human Crayons Crusher Tee

New! Girls Heart Flowers Crusher Tee

New! Girls Rocket Heart Crusher Tee

$18.00

$18.00

$18.00







New! Girls Soccer Heart Crusher Tee

New! Girls Flower Swirl Horse Long Sleeve Crusher Tee

New! Girls Camp Guitar Long Sleeve Crusher Tee

$18.00

$22.00

$22.00



New! Girls Besties Cat & Dog Long Sleeve Crusher Tee

New! Girls BMX Smile Long Sleeve Crusher Tee

New! Girls I Heart LIG Long Sleeve Crusher Tee

$22.00

$22.00

$22.00



**New!** Girls Ice Daisy Penguin Long Sleeve Crusher Tee

$22.00



**New!** Girls Oh Happy Day Long Sleeve Crusher Tee

$22.00



**New!** Girls Penguin Family Long Sleeve Crusher Tee

$22.00



**New!** Girls Dragonfly Pattern Long Sleeve Crusher Tee

$22.00

**New!** Girls Dock Jump Crusher Tee

$18.00



Girls Sea Turtle Crusher Tee

$18.00



Girls Oh Happy Day Crusher Tee

$18.00



Girls Silly Monkey Crusher Tee

$18.00







# EXHIBIT C

# PIERCE & MANDELL, P.C.
### ATTORNEYS AT LAW

11 BEACON STREET, SUITE 800
BOSTON, MASSACHUSETTS 02108

———————

617-720-2444
FAX 617-720-3693
WWW.PIERCEMANDELL.COM

June 28, 2016

BY E-MAIL and CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Teespring, Inc.
ATTN: President
460 Bryant Street, Suite 200
San Francisco, CA  94107

Re:     Repeated Infringement of The Life is Good Company's Trademarks

Dear Sir/Madam:

This firm serves as intellectual property counsel for The Life is Good Company ("Life is Good") of Boston, Massachusetts. Life is Good is in the business of designing, manufacturing, and selling a variety of products including, without limitation, T-shirts, sweatshirts and other casual clothing. Life is Good sells virtually all of its products under the LIFE IS GOOD trademark. Life is Good is the owner of the right, title and interest in twelve (12) U.S. registered trademarks for LIFE IS GOOD, including one (Reg. No. 2,025,737) that specifically covers t-shirts, sweatshirts and other casual clothing.  Life is Good has been selling goods bearing the LIFE IS GOOD trademark since at least as early as 1994.  The public has come to associate Life is Good's products with its distinctive LIFE IS GOOD mark, and Life is Good considers its rights in that trademark to be among its most valuable assets.

I am writing to you because your site has repeatedly hosted campaigns selling products that infringe Life is Good's trademarks.  On June 16, 2016 I filed ten (10) intellectual property claims through your website against ten (10) campaigns that were selling t-shirts that infringe the LIFE IS GOOD trademark.  As of yesterday, June 27, 2016, at least nine (9) of those campaigns remained active on your site.  The campaign IDs for those campaigns are as follows:

a-good-book-and-my-dog
Familybeerbeardlifeisgoodshirt
FamilyBeerBeardLifeIsGood
life-is-good-cycling
life-is-good-in-the-woods

Teespring, Inc.
ATTN: President
June 28, 2016
Page Two

> goodlife
> books-and-dogs
> book-dog
> books-dogs

Thus, it is clear that your website is hosting numerous campaigns that sell products that infringe Life is Good's LIFE IS GOOD trademark, and you are profiting from those illicit sales. It is also clear that your company has made no efforts to prevent the sale of infringing items on your site, has ignored the intellectual property claims that I filed through your website, and does not care that widespread infringement occurs on your site. I am aware of the lawsuit filed against your company by The Ohio State University, and your assent to a consent judgment in which you acknowledged rampant trademark infringement on your site and agreed to a permanent injunction. That case serves as additional evidence of your cavalier attitude about hosting clearly infringing campaigns on your site.

Your company's conduct constitutes contributory trademark infringement violative of state and federal laws. Based on your refusal to take any actions to curb rampant infringement on your site, I have no doubt that a jury would find your infringement to be willful, and would award Life is Good enhanced damages and attorneys fees, as well as its actual damages.

Based on the foregoing, Life is Good demands that Teespring, Inc. take immediate steps to ensure that the infringing campaigns identified above, as well as all other campaigns that infringe Life is Good's LIFE IS GOOD trademark, are permanently removed from your site. Further, Life is Good demands that Teespring, Inc. take affirmative steps to deny access to its site to campaigns that infringe Life is Good's LIFE IS GOOD trademark.

Please contact me within seven (7) days of your receipt of this letter so that we can discuss your compliance with the foregoing demands. Life is Good stands ready to pursue federal court litigation against Teespring, Inc. to enforce its trademark rights if this matter cannot be resolved amicably in the near future.

Very truly yours,

Thomas E. Kenney

cc:  John Banse, Esq.
     The Life is Good Company

# PIERCE & MANDELL, P.C.
### ATTORNEYS AT LAW

11 BEACON STREET, SUITE 800
BOSTON, MASSACHUSETTS 02108

———————

617-720-2444
FAX 617-720-3693
WWW.PIERCEMANDELL.COM

July 26, 2016

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Mr. Walker Williams
Chief Executive Officer
Teespring, Inc.
460 Bryant Street, Suite 200
San Francisco, CA  94107

Re:   Repeated Infringement of The Life is Good Company's Trademarks

Dear Mr. Williams:

This firm serves as intellectual property counsel for The Life is Good Company ("Life is Good") of Boston, Massachusetts. Life is Good is in the business of designing, manufacturing, and selling a variety of products including, without limitation, T-shirts, sweatshirts and other casual clothing.  Life is Good sells virtually all of its products under the LIFE IS GOOD trademark. Life is Good is the owner of the right, title and interest in twelve (12) U.S. registered trademarks for LIFE IS GOOD, including one (Reg. No. 2,025,737) that specifically covers t-shirts, sweatshirts and other casual clothing.  Life is Good has been selling goods bearing the LIFE IS GOOD trademark since at least as early as 1994.  The public has come to associate Life is Good's products with its distinctive LIFE IS GOOD mark, and Life is Good considers its rights in that trademark to be among its most valuable assets.

I am writing to you because your site has repeatedly hosted campaigns selling products that infringe Life is Good's trademarks, and I have been unable to receive any commitment from Teespring to halt the rampant infringement on your site.   On June 16, 2016 I filed ten (10) intellectual property claims through your website against ten (10) campaigns that were selling t-shirts that infringe the LIFE IS GOOD trademark.  Finally, on June 29, 2016 I received an email from the Teespring Legal Team apologizing for the delayed response and stating that each of the identified campaigns would be removed within 24 hours.  A copy of that email is attached hereto as Exhibit A.

On July 18, 2016, I visited your site.  Although the ten (10) campaigns I identified on

Mr. Walker Williams
Chief Executive Officer
July 26, 2016


June 16, 2016 appear to have been removed, ten (10) more infringing campaigns appeared on your site.  I have attached as Exhibit B a copy of the email I sent to the Teespring Legal Team on July 18, 2016.  While your legal team informed me, today, that it would remove the ten (10) additional campaigns I identified in my July 18, 2016 letter, it rejected my request that Teespring take affirmative steps to prevent additional infringing campaigns from appearing on your site.

Thus, it is clear that your intellectual property policy is not working.  Your site is continuously hosting infringing campaigns, and your company appears to have no interest or ability to stop such infringing campaigns.  My client should not have to constantly monitor <u>your</u> site looking for infringing campaigns – that is Teespring's job.

My client wants to resolve this matter amicably, but needs cooperation from Teespring.  Thus, I request that you or your legal counsel contact me as soon as possible to discuss how Teespring is going to prevent further infringement of my client's LIFE IS GOOD trademark on your website.  I must warn you that your company's conduct constitutes contributory trademark infringement violative of state and federal laws.  Your company's DMCA complaint procedure is inadequate to stop infringement and, in any event, does not shield your company from liability for trademark (as opposed to copyright) infringement.

I look forward to hearing from you or your legal representative as soon as possible.


Very truly yours,


Thomas E. Kenney

cc:   John Banse, Esq.
      The Life is Good Company

**Thomas Kenney**

| | |
|---|---|
| **From:** | Teespring Legal <legal@teespring.com> |
| **Sent:** | Wednesday, June 29, 2016 11:58 AM |
| **To:** | Thomas Kenney |
| **Subject:** | Fwd: New Ip claim for Thomas Kenney |

Thomas,

Our apologies for the delayed response.  Each of the campaigns you identified should be removed within 24 hours.

Regards,


--


Legal Team ┊ Teespring

legal@teespring.com ┊ twitter.com/teespring


# Ip claim

## Personal Info

| | |
|---|---|
| **Name** | Thomas Kenney |
| **Address** | 11 Beacon Street |
| **Address 2** | Suite 800 |
| **City info** | Boston, MA 02108 |
| **Country** | United States |
| **Title** | Attorney |
| **Company** | Pierce & Mandell, P.C. |
| **Email** | tom@piercemandell.com |
| **Phone** | |
| **Legal name of IP owner** | The Life is Good Company |

## Claim Info

| | |
|---|---|
| **Submitted At** | Jun 16, 2016 3:02 pm EDT |
| **Campaign** | A Good Book and My Dog |
| **Rights Claimed** | U.S. Trademark Registration No. 2,025,737 for LIFE IS GOOD |

| | |
|---|---|
| **Claim type** | Trademark |
| **Property URL** | www.lifeisgood.com |
| **Legal Reasons** | The Life is Good Company owns the U.S. Trademark Registration for LIFE IS GOOD for numerous products, including t-shirts. Thus, The Life is Good Company owns the exclusive right to use LIFE IS GOOD in connection with the sale of t-shirts in the United States. The subject campaign uses the term "Life is Good" on the t-shirts, which infringes The Life is Good Company's trademark. |
| **Property Description** | LIFE IS GOOD |
| **Ownership Evidence** | Use on website at www.lifeisgood.com |
| **Work Made Public Date** | |
| **Work Made Public Manner** | |
| **Work Commercialized Date** | |
| **Work Commercialized Manner** | On clothing and on labels for clothing |

[] I, under penalty of perjury, have a good faith belief that use of material in the identified Teespring campaign is unauthorized by the rights owner or its licensee, and that such user amounts to infringement under federal or state law.

[] I am the owner of the rights being asserted / I am authorized to act on behalf of the owner of the rights being asserted.


This email was sent by Teespring, Inc., 460 Bryant St, San Francisco, CA 94107
If you would like to unsubscribe and stop receiving these emails click here.

**Thomas Kenney**

| | |
|---|---|
| **From:** | Thomas Kenney |
| **Sent:** | Monday, July 18, 2016 12:09 PM |
| **To:** | 'Teespring Legal' |
| **Subject:** | RE: New Ip claim for Thomas Kenney |
| **Attachments:** | 1.pdf; 2.pdf; 3.pdf; 4.pdf; 5.pdf; 6.pdf; 7.pdf; 8.pdf; 9.pdf; 10.pdf |

Dear Sir/Madam,

Thank you for your email response, and for removing the campaigns I referenced in my earlier IP claims.

Unfortunately, I looked at your site this morning, and there are at least 10 new campaigns on your site that infringe my client's LIFE IS GOOD trademark. I have attached printouts for the 10 campaigns.

Clearly, your current system for monitoring IP infringements on your site is not working. My client should not have to constantly monitor your site looking for infringing campaigns. It is your duty to have a policy in place that prevents infringing campaigns from ever appearing on your site.

On behalf of my client, I request that Teespring (1) immediately remove the 10 campaigns identified in the attached printouts; and (2) have a member of senior management or legal counsel contact me immediately to discuss the steps Teespring is going to take to prevent future infringements of the LIFE IS GOOD trademark.

Very truly yours.



> **Thomas E. Kenney**
> Pierce & Mandell, P.C.
> 11 Beacon Street, Suite 800
> Boston, MA 02108
> (617) 720-2444 Phone
> (617) 720-3693 Fax
> (617) 619-7203 Direct Dial
> (617) 619-7233 Direct Fax
> tom@piercemandell.com
> www.piercemandell.com

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged.
IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

**From:** Teespring Legal [mailto:legal@teespring.com]
**Sent:** Wednesday, June 29, 2016 11:58 AM
**To:** Thomas Kenney
**Subject:** Fwd: New Ip claim for Thomas Kenney

1

Our apologies for the delayed response. Each of the campaigns you identified should be removed within 24 hours.

Regards,

--



**Legal Team** | **Teespring**

legal@teespring.com | twitter.com/teespring

# Ip claim

## Personal Info

| | |
|---|---|
| **Name** | Thomas Kenney |
| **Address** | 11 Beacon Street |
| **Address 2** | Suite 800 |
| **City info** | Boston, MA 02108 |
| **Country** | United States |
| **Title** | Attorney |
| **Company** | Pierce & Mandell, P.C. |
| **Email** | tom@piercemandell.com |
| **Phone** | |
| **Legal name of IP owner** | The Life is Good Company |

## Claim Info

| | |
|---|---|
| **Submitted At** | Jun 16, 2016 3:02 pm EDT |
| **Campaign** | A Good Book and My Dog |
| **Rights Claimed** | U.S. Trademark Registration No. 2,025,737 for LIFE IS GOOD |
| **Claim type** | Trademark |
| **Property URL** | www.lifeisgood.com |
| **Legal Reasons** | The Life is Good Company owns the U.S. Trademark Registration for LIFE IS GOOD for numerous products, including t-shirts. Thus, The Life is Good Company owns the exclusive right to use LIFE IS GOOD in connection with the sale of t-shirts in the United States. The subject campaign uses the term "Life is Good" on the t-shirts, which infringes The Life is Good Company's trademark. |

| | |
|---|---|
| **Property Description** | LIFE IS GOOD |
| **Ownership Evidence** | Use on website at www.lifeisgood.com |
| **Work Made Public Date** | |
| **Work Made Public Manner** | |
| **Work Commercialized Date** | |
| **Work Commercialized Manner** | On clothing and on labels for clothing |

[] I, under penalty of perjury, have a good faith belief that use of material in the identified Teespring campaign is unauthorized by the rights owner or its licensee, and that such user amounts to infringement under federal or state law.

[] I am the owner of the rights being asserted / I am authorized to act on behalf of the owner of the rights being asserted.

This email was sent by Teespring, Inc., 460 Bryant St, San Francisco, CA 94107

If you would like to unsubscribe and stop receiving these emails click here.

## Thomas Kenney

**From:** Thomas Kenney
**Sent:** Thursday, November 03, 2016 5:55 PM
**To:** 'Teespring Legal'
**Subject:** Infringement of Trademarks Owned by The Life is Good Company
**Attachments:** Teespring-urls.docx

Dear Mr. Stevenson,

Attached is a list of urls for eight (8) additional campaigns that infringe the LIFE IS GOOD trademark.

Please confirm that Teespring will remove the infringing campaigns ASAP.

Thank you.



**Thomas E. Kenney**
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444 Phone
(617) 720-3693 Fax
(617) 619-7203 Direct Dial
(617) 619-7233 Direct Fax
tom@piercemandell.com
www.piercemandell.com

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged.
IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

**From:** Thomas Kenney
**Sent:** Wednesday, September 14, 2016 1:51 PM
**To:** Teespring Legal
**Subject:** LIFE IS GOOD

Dear Dave,

Attached is a list of urls for a number of additional campaigns that infringe the LIFE IS GOOD trademarks.

Can you confirm that Teespring will remove the campaigns ASAP?

Thank you.

Tom

https://teespring.com/shop/Dachshund-Girl?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=2397&sid=front

https://teespring.com/shop/Dirt-Bike-0977-t-shirt-1016?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=6046&sid=front

https://teespring.com/shop/BMX-1119-t-shirt-1016?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=6046&sid=front

https://teespring.com/shop/Bowling-1376-t-shirt-1016?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=6046&sid=front

https://teespring.com/shop/Disc-Golf-1377-t-shirt-1016?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=6046&sid=front

https://teespring.com/shop/Softball-1378-t-shirt-1016?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=6046&sid=front

https://teespring.com/shop/Cycling-1409-t-shirt-1016?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=6046&sid=front

https://teespring.com/shop/ride_on_tee?aid=marketplace&tsmac=marketplace&tsmic=search#pid=369&cid=6513&sid=front



**Thomas E. Kenney**
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444 Phone
(617) 720-3693 Fax
(617) 619-7203 Direct Dial
(617) 619-7233 Direct Fax
tom@piercemandell.com
www.piercemandell.com

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged.
IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

**From:** Teespring Legal [mailto:legal@teespring.com]
**Sent:** Monday, August 01, 2016 4:09 PM
**To:** Thomas Kenney
**Subject:** Re: FW: New Ip claim for Thomas Kenney

Thomas,

We are in receipt of your most recent correspondence dated July 26. We must again reiterate that we have and will continue to take affirmative steps to identify and remove campaigns that we reasonably believe to be infringing upon your clients marks. We do not, and have never, "rejected [your] request that [we] take affirmative steps to prevent additional infringing campaigns from appearing on [our] site." To the contrary, we explicitly indicated that we take such steps and will continue to take appropriate action to improve upon these processes. We are quite confident that our systems will catch the overwhelming majority of such campaigns.

In addition, please understand that Teespring campaigns are uploaded by our users. The user sets a sales goal and, if the goal is met, shirts are printed and shipped to buyers. If the goal is not met, no shirts are printed and no sales transactions are consummated.

You should also be aware that there is currently a bug in our system which causes some campaigns to remain visible in search even after they have been removed. Please be assured that any such campaigns cannot be relaunched and no orders can be processed. If you identify such a campaign and click on it, you can confirm that this is the case and that such a campaign has in fact been removed.

As of this writing, we have proactively removed all the campaigns we are aware of that use the phrase 'Life is Good" in any context. In doing so we have gone above and beyond our legal obligations, That said it is possible that there are still some old campaigns that use the phrase "Life is Good" that we have been unable to identify thus far. If such campaigns exist, and are ever relaunched, they should be caught by our content review systems before any sales can be made. Nevertheless, if you identify any such campaigns, please let us know and we will be happy to take appropriate action.

If you have any additional questions or concerns, please let me know.

Regards,

Dave

--



Legal Team | Teespring

legal@teespring.com | twitter.com/teespring

On Wed, Jul 27, 2016 at 8:03 AM, Teespring Legal <legal@teespring.com> wrote:

Thomas,

Thank you for your response.  Your assertion that Teespring has exhibited a "continued refusal to fulfill its obligation to take affirmative steps to prevent rampant infringement on its site" is incorrect.  As I indicated in my prior email, Teespring takes a number of affirmative steps to prevent infringement on our platform.  We are confident that these measures have prevented, and will continue to prevent, infringement of your client's mark on our platform.  Should you ultimately choose to pursue litigation, as is your prerogative, we are quite confident that a court will conclude that the measures we take go above and beyond our legal obligations.

Regards,

--



Legal Team | Teespring

legal@teespring.com | twitter.com/teespring

On Tue, Jul 26, 2016 at 4:39 PM, Thomas Kenney <tom@piercemandell.com> wrote:

Mr. Stevenson,

Thank you for your email.  I appreciate that Teespring will remove the 10 campaigns I identified in my July 18, 2016 email.

However, we strongly disagree with your legal analysis, as well as Teespring's continued refusal to fulfill its obligation to take affirmative steps to prevent rampant infringement on its site.

I assure you that, if we continue to see infringing campaigns on your site, we will not file piecemeal IP claims through your site.  Rather we will sue your company for contributory trademark infringement.

Very truly yours.



**Thomas E. Kenney**

Pierce & Mandell, P.C.

11 Beacon Street, Suite 800

Boston, MA 02108

(617) 720-2444 Phone

(617) 720-3693 Fax

(617) 619-7203 Direct Dial

(617) 619-7233 Direct Fax

tom@piercemandell.com

www.piercemandell.com

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged.

IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

**From:** Teespring Legal [mailto:legal@teespring.com]
**Sent:** Tuesday, July 26, 2016 11:03 AM

**To:** Thomas Kenney
**Subject:** Re: FW: New Ip claim for Thomas Kenney


Thomas,


My apologies. It seems your prior email was inadvertently overlooked. While we will remove the 10 campaigns you have identified, please understand that we do so as a courtesy to your client. The vast majority, if not all, of the campaigns you have identified are not using your client's mark as a trademark. Rather, they are making a straightforward ornamental/informational use. As I am sure you are aware, the use of a phrase in a fashion other than as a trademark such as use as pure ornament or to provide factual information – is not infringement. *See Packman v. Chicago Tribune Co.*, 267 F.3d 628, 639-41 (7th Cir. 2001) (finding that the use of the phrase "The Joy of Six" in a headline discussing the sixth win of the Chicago Bulls was clearly not a trademark use and thus could not infringe); *see also Sunmark, Inc. v. Ocean Spray Cranberries*, 64 F.3d 1055 (7th Cir. 1995); *DowBrands L.P. v. Helene Curtis, Inc.*, 863 F. Supp. 963 (D. Minn. 1994); *In re Dual-Deck Video Cassette Recorder Antitrust Litigation*, 11 F.3d 1460 (9th Cir. 1993). Given that again, the use here is ostensibly not meant to act (and will not be reasonably perceived) as a signifier of source, but rather is being used to serve as an ornament and to make a factual statement, this is not a trademark use, and therefore cannot be considered infringement. § 1115(b)(4).

Teespring takes intellectual property matters very seriously and has put in place a number of measures, both automated and manual, to prevent the improper use of IP. Unfortunately, no system of review can ever be one-hundred percent perfect. That said, we greatly appreciate your filing of this follow-up claim as every such claim provides us with an opportunity to identify any potential issues with our systems and processes and to make appropriate improvements as warranted. While we will always continue to take steps to improve our systems and processes, we believe that our current measures exceed those of any of our competitors and are more than sufficient to prevent any significant infringment of your client's mark. We think this is evidenced by the fact that you are only able to identify 10 campaigns, none of which are actually infringing upon your client's mark (though we understand that you may disagree with this assessment).

If you have identified any other campaigns that you contend infringe upon your client's marks, or believe there are any facts that indicate cause for continuing concern, please let us know. In addition, going forward, we kindly request that, when filing a claim, you provide us with a list of the campaign URL's that you want removed in the body of your claim. Doing so will greatly help us identify the campaigns in question expeditiously.

This is not intended to contain a complete statement of fact with respect to the subject matter hereof, and Teespring does not waive any legal or equitable rights, remedies or defenses available to it, all of which are expressly reserved.

Regards,
Dave Stevenson, Esq.


--



Legal Team | Teespring

legal@teespring.com | twitter.com/teespring

On Tue, Jul 26, 2016 at 9:59 AM, Thomas Kenney <tom@piercemandell.com> wrote:

Dear Sir/Madam,

I have not received  response to my July 18, 2016 email, which is below.  Please provide a substantive response immediately.



**Thomas E. Kenney**

Pierce & Mandell, P.C.

11 Beacon Street, Suite 800

Boston, MA 02108

(617) 720-2444 Phone

(617) 720-3693 Fax

(617) 619-7203 Direct Dial

(617) 619-7233 Direct Fax

tom@piercemandell.com

www.piercemandell.com

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged.

IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

**From:** Thomas Kenney
**Sent:** Monday, July 18, 2016 12:09 PM

**To:** 'Teespring Legal'
**Subject:** RE: New Ip claim for Thomas Kenney

Dear Sir/Madam,

Thank you for your email response, and for removing the campaigns I referenced in my earlier IP claims.

Unfortunately, I looked at your site this morning, and there are at least 10 new campaigns on your site that infringe my client's LIFE IS GOOD trademark. I have attached printouts for the 10 campaigns.

Clearly, your current system for monitoring IP infringements on your site is not working. My client should not have to constantly monitor your site looking for infringing campaigns. It is your duty to have a policy in place that prevents infringing campaigns from ever appearing on your site.

On behalf of my client, I request that Teespring (1) immediately remove the 10 campaigns identified in the attached printouts; and (2) have a member of senior management or legal counsel contact me immediately to discuss the steps Teespring is going to take to prevent future infringements of the LIFE IS GOOD trademark.

Very truly yours,



**Thomas E. Kenney**

Pierce & Mandell, P.C.

11 Beacon Street, Suite 800

Boston, MA 02108

(617) 720-2444 Phone

(617) 720-3693 Fax

(617) 619-7203 Direct Dial

(617) 619-7233 Direct Fax

tom@piercemandell.com

www.piercemandell.com

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged.

IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

**From:** Teespring Legal [mailto:legal@teespring.com]
**Sent:** Wednesday, June 29, 2016 11:58 AM
**To:** Thomas Kenney
**Subject:** Fwd: New Ip claim for Thomas Kenney

Thomas,

Our apologies for the delayed response.  Each of the campaigns you identified should be removed within 24 hours.

Regards,

--

Legal Team | Teespring

legal@teespring.com | twitter.com/teespring

# Ip claim

## Personal Info

| | |
|---|---|
| **Name** | Thomas Kenney |
| **Address** | 11 Beacon Street |
| **Address 2** | Suite 800 |
| **City info** | Boston, MA 02108 |
| **Country** | United States |
| **Title** | Attorney |
| **Company** | Pierce & Mandell, P.C. |
| **Email** | tom@piercemandell.com |
| **Phone** | |
| **Legal name of IP owner** | The Life is Good Company |

## Claim Info

| | |
|---|---|
| **Submitted At** | Jun 16, 2016 3:02 pm EDT |
| **Campaign** | A Good Book and My Dog |
| **Rights Claimed** | U.S. Trademark Registration No. 2,025,737 for LIFE IS GOOD |
| **Claim type** | Trademark |
| **Property URL** | www.lifeisgood.com |
| **Legal Reasons** | The Life is Good Company owns the U.S. Trademark Registration for LIFE IS GOOD for numerous products, including t-shirts. Thus, The Life is Good Company owns the exclusive right to use LIFE IS GOOD in connection with the sale of t-shirts in the United States. The subject campaign uses the term "Life is Good" on the t-shirts, which infringes The Life is Good Company's trademark. |
| **Property Description** | LIFE IS GOOD |
| **Ownership Evidence** | Use on website at www.lifeisgood.com |
| **Work Made Public Date** | |
| **Work Made Public Manner** | |
| **Work Commercialized Date** | |
| **Work Commercialized Manner** | On clothing and on labels for clothing |

[] I, under penalty of perjury, have a good faith belief that use of material in the identified Teespring campaign is unauthorized by the rights owner or its licensee, and that such user amounts to infringement under federal or state law.

[] I am the owner of the rights being asserted / I am authorized to act on behalf of the owner of the rights being asserted.

This email was sent by Teespring, Inc., 460 Bryant St, San Francisco, CA 94107

If you would like to unsubscribe and stop receiving these emails click here.

# PIERCE & MANDELL, P.C.
## ATTORNEYS AT LAW

11 BEACON STREET, SUITE 800
BOSTON, MASSACHUSETTS 02108

617-720-2444
FAX 617-720-3693
WWW.PIERCEMANDELL.COM

February 2, 2017

BY EMAIL
Mr. David Stevenson
Teespring Legal
460 Bryant Street, Suite 200
San Francisco, CA 94107

Re:     Repeated Infringement of The Life is Good Company's Trademarks

Dear Mr. Stevenson:

As you know, this firm serves as intellectual property counsel for The Life is Good Company ("Life is Good") of Boston, Massachusetts. We have communicated in the past concerning Teespring's hosting of numerous campaigns that infringe Life is Good's trademarks.

I have attached a list of urls for two (2) campaigns currently on your site that infringe Life is Good's LIFE IS GOOD trademark. I submitted takedown requests yesterday through Teespring's online form, but I have not received a response. Please confirm that Teespring will remove these campaigns immediately.

Very truly yours,

Thomas E. Kenney

## URLs FOR INFRINGING CAMPAIGNS

https://teespring.com/shop/imikimi-smile?aid=marketplace&tsmac=marketplace&tsmic=search#pid=2&cid=2122&sid=front

https://teespring.com/shop/good-life-project?aid=marketplace&tsmac=marketplace&tsmic=search#pid=389&cid=100027&sid=front

# EXHIBIT D

Advertise this campaign
Shop
Hoodies

## Life is .....good Shirt Welder Shirt

from Tees Pro



Life Is .....Good Shirt Welder Shirt Hooded Long Sleeve Shirt Front
Life Is .....Good Shirt Welder Shirt Hooded Long Sleeve Shirt Back



Life Is .....Good Shirt Welder Shirt Royal Sweatshirt Front
Life Is .....Good Shirt Welder Shirt Royal Sweatshirt Back



Life Is .....Good Shirt Welder Shirt Black T-Shirt Front
Life Is .....Good Shirt Welder Shirt Black T-Shirt Back



# Life is .....good Shirt Welder Shirt

from Tees Pro
Like
Liked
★★★★★
★★★★★
Reviews (22762)
★★★★★
★★★★★
Reviews (9529)
★★★★★
★★★★★
Reviews (68103)
**100% Printed in the U.S.A - Ship Worldwide**

**\*HOW TO ORDER:** Select style and color => Click "Buy it Now" => Select size and quantity => Enter shipping and billing information => Done! Simple as that!

**TIP**: SHARE it with your friends, order together and save on shipping.
*Need Help Ordering?*
Call Support (1-855-833-7774); Email: support@teespring.com
Show More

1 day
06:00:04
left to buy!

# Available Products:

Change Currency
Gildan 8oz Heavy Blend Hoodie - $39.99





- 
- 
- 

## What's your size?

## What's your size?

## Colors:

- 

## Colors:

- 

## Colors:

- 
- 

Buy it nowOut of stock
Available until tomorrow!

Want this shirt design?
01
days
06
:
hours
00
:
minutes
04
seconds

Share this design!

- f  Facebook
- 🐦 Twitter

Report this campaign
100% Printed in the U.S.A - Ship Worldwide

*HOW TO ORDER:** Select style and color => Click "Buy it Now" => Select size and quantity => Enter shipping and billing information => Done! Simple as that!

TIP: SHARE it with your friends, order together and save on shipping.
*Need Help Ordering?*
Call Support (1-855-833-7774); Email: support@teespring.com
Show More

See more from:

Hoodies
Review Highlights:
★★★★★

★★★★★
Jul 28, 2017 8:07 pm EDT
Loving my hoodie!!!!! Thank you so much!!! I will definitely order more products from you!
★★★★★
★★★★★
Jul 29, 2017 7:48 pm EDT
I love the sweatshirt that I got! It fits how I expected and looks great. The material on the inside is soft and the product seems durable. I am extremely happy with the product I received!
★★★★★
★★★★★
Jul 31, 2017 8:24 am EDT
The color on the bingo balls were a little faint.
Shipping Info
Return Policy
Campaign ID
Shipping Info
United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.
You can expect your package to arrive 9 - 12 business days after the time expires.
Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.
Shipping costs start at:

　　　$3.99 for the first apparel item and $2.00 for each additional apparel item.

Products are fulfilled in the US
Return Policy
If you're not 100% satisfied, let us know and we'll make it right. View Details
Campaign ID
lifeisgoodwld
Report this campaign

Share this design!

- **f** **Facebook**
- **𝕏** **Twitter**

Report this campaign

**More campaigns from Tees Pro you might like:**

**WELDER FUNNY GREAT SHIRTS**                    **new great shirts**

Advertise this campaign
Shop
Hoodies

# Life is .....good Shirt Welder Shirt

from **Tees Pro**



Life Is .....Good Shirt Welder Shirt Black T-shirt Front
Life Is .....Good Shirt Welder Shirt Black T-shirt Back



Life Is .....Good Shirt Welder Shirt Royal Sweatshirt Front
Life Is .....Good Shirt Welder Shirt Royal Sweatshirt Back





Life Is .....Good S...
Life Is .....Go...





Life ... Shirt Welder Shirt Deep Forest T-Shirt Front
... Shirt Welder Shirt Deep Forest T-Shirt Back





Life is .....Good Welder Shirt from Tees Pro - Teespring          https://teespring.com/shop/lifeisgoodwdr?aid=marketplace&tsmac=m...

### Life is .....good Shirt Welder Shirt

from Tees Pro
Like
Liked
★★★★★
★★★★★
Reviews (22762)
★★★★★
★★★★★
Reviews (9529)
★★★★★
★★★★★
Reviews (68103)
**100% Printed in the U.S.A - Ship Worldwide**

***HOW TO ORDER:** Select style and color –> Click "Buy it Now" –> Select size and quantity –> Enter shipping and billing information –> Done! Simple as that!

**TIP**: SHARE it with your friends, order together and save on shipping.
*Need Help Ordering?*
Call Support (1-855-833-7774); Email: support@teespring.com
Show More

1 day
05:59:37
left to buy!

### Available Products:

Change Currency
Gildan 6.1oz Long Sleeve Tee - $27.99



- 



- 



- 

### What's your size?

### What's your size?

### Colors:
- 

### Colors:
- 

### Colors:
- 
- 

Buy it nowOut of stock
Available until tomorrow!

Want this shirt design?

01
days
05
:
hours
59
:
minutes
37
seconds

Share this design!

- f **Facebook**
- 🐦 **Twitter**

Report this campaign
**100% Printed in the U.S.A - Ship Worldwide**

**\*HOW TO ORDER:** Select style and color –> Click "Buy it Now" –> Select size and quantity –> Enter shipping and billing information –> Done! Simple as that!

**TIP**: SHARE it with your friends, order together and save on shipping.
*Need Help Ordering?*
Call Support (1-855-833-7774); Email: support@teespring.com
Show More

See more from:

Hoodies
Review Highlights:
★★★★★
★★★★★
Jul 28, 2017 8:07 pm EDT
Loving my hoodie!!!!! Thank you so much!!! I will definitely order more products from you!
★★★★★
★★★★★
Jul 29, 2017 7:48 pm EDT
I love the sweatshirt that I got! It fits how I expected and looks great. The material on the inside is soft and the product seems durable. I am extremely happy with the product I received!
★★★★★
★★★★★
Jul 31, 2017 8:24 am EDT
The color on the bingo balls were a little faint.
Shipping Info
Return Policy
Campaign ID
Shipping Info
United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.
You can expect your package to arrive 9 - 12 business days after the time expires.
Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.
Shipping costs start at:

$3.99 for the first apparel item and $2.00 for each additional apparel item.

Products are fulfilled in the US
Return Policy
If you're not 100% satisfied, let us know and we'll make it right. View Details
Campaign ID
lifeisgoodwld
Report this campaign

Share this design!

- f **Facebook**
- 🐦 **Twitter**

Report this campaign

**More campaigns from Tees Pro you might like:**

d out.



100% Printed in the U.S.A. Ship Worldwide

elect size and quantity –> Enter shipping and billing information –> Done! Simple as that!

Life Is .....Good Shirt W........hirt Front
Life Is .....Good Shirt ...........hirt Back



Life Is ....Good Shirt Welder Shirt Royal Sweatshirt Front
Life ....ood Shirt Welder Shirt Royal Sweatshirt Back

....our size?

....our size?

Colors:

- •

**Colors:**

- •



elect size and quantity --> Enter shipping and billing information --> Done! Simple as that!

Life Is .....Good Shirt Welder ............irt Front
Life Is .....Good Shirt ..................... Back





products from you!

material on the inside is soft and the product seems durable. I am extremely happy with the product I

Shipping Info

es

Life Is ....good Shirt Welder Shirt Royal Sweatshirt Front
Life ....... od Shirt Welder Shirt Royal Sweatshirt Back



....d and shipped when the time expires or earlier.
......our package to arrive 9 - 12 business days after the time expires.
........h shipping may be available depending upon the product(s) selected and the destination country.
.....rt at:

.....r the first apparel item and $2.00 for each additional apparel item.

.....lfilled in the US

.....100% satisfied, let us know and we'll make it right. View Details

Campaign ID
lifeisgoodwld
Report this campaign

Share this design!

Advertise this campaign
Shop
Animals
Pets

**life with cats**



Life Is Good Li...
Life With C...





Life ... New Navy Women's T-Shirt Front
Life ...s New Navy Women's T-Shirt Back





## life with cats

Like
Liked
★★★★★
★★★★★
Reviews (15763)
★★★★★
★★★★★
Reviews (68103)
★★★★★
★★★★★
Reviews (10436)
**Limited Edition. Not available in stores.**

Guaranteed safe and secure checkout via: Paypal | VISA | MASTERCARD
Show More

Don't worry, you won't be charged unless the minimum is reached. <u>Learn why.</u>

2 days
05:57:45
left to buy!

## Available Products:

<u>Change Currency</u>
Women's Premium Tee - $22.99



## Size Chart & Product Details

## Hide Details

- 
- 

## Size Chart

## Hide Chart

InchesCentimeters

|     | Length | Sleeve | Width |
| --- | --- | --- | --- |
| XS | 2563cm | 717cm | 16.541cm |
| S | 25.564cm | 6.37516cm | 18.546cm |
| M | 2666cm | 6.516cm | 19.549cm |
| L | 26.7567cm | 6.7517cm | 2153cm |
| XL | 27.569cm | 717cm | 22.7557cm |
| 2XL | 2871cm | 7.2518cm | 24.7562cm |
| 3XL | 3076cm | 922cm | 2768cm |
| 4XL | 3178cm | 9.524cm | 2973cm |

InchesCentimeters

|     | Length | Sleeve | Width |
| --- | --- | --- | --- |
| S | 28"71cm | 8.13"20cm | 18"45cm |
| M | 29"73cm | 8.38"21cm | 20"50cm |
| L | 30"76cm | 8.63"21cm | 22"55cm |
| XL | 31"78cm | 8.88"22cm | 24"60cm |
| 2XL | 33"83cm | 9.63"24cm | 26"66cm |
| 3XL | 34"86cm | 10.13"25cm | 28"71cm |
| 4XL | 35"88cm | 10.63"27cm | 30"76cm |
| 5XL | 36"91cm | 11.13"28cm | 32"81cm |

InchesCentimeters

|     | Length | Sleeve | Width |
| --- | --- | --- | --- |
| S (4) | 25"63cm | 13.75"34cm | 18"45cm |
| M (6-8) | 26"66cm | 14.5"36cm | 20"50cm |
| L (10-12) | 27"68cm | 15.5"39cm | 22"55cm |
| XL (14-16) | 28"71cm | 16.5"41cm | 24"60cm |
| 2XL (18-20) | 29"73cm | 17.5"44cm | 26"66cm |
| 3XL (22-24) | 30"76cm | 18.5"46cm | 28"71cm |

## Colors:

- 

## Colors:

- 

## Colors:

- 
- 

Reserve it nowOut of stock

Only 2 more needed to print!

Don't worry, you won't be charged unless the minimum is reached. Learn why.

Want this shirt design?
02
days
05
:
hours
57
:
minutes
45
seconds

Don't worry, you won't be charged unless the minimum is reached. Learn why.

Share this design!

- **f** Facebook
- 🐦 Twitter

Report this campaign
**Limited Edition. Not available in stores.**

Guaranteed safe and secure checkout via: Paypal | VISA | MASTERCARD
Show More

See more from:

PetsCats
Review Highlights:
★★★★★
★★★★★
Jul 30, 2017 7:59 pm EDT
Very happy with my new shirt! Quality print and quality shirt! Thank you! I wore it to my daughter's family get together and everyone loved it!
★★★★★
★★★★★
Jul 30, 2017 6:03 pm EDT
Love the shirt!
★★★★★
★★★★★
Jul 30, 2017 6:52 pm EDT
I would order a shirt again in the future. Thanks
Shipping Info
Return Policy
Campaign ID
Shipping Info
United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.
You can expect your package to arrive 9 - 12 business days after the time expires.
Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.
Shipping costs start at:

$3.99 for the first apparel item and $2.00 for each additional apparel item.

Products are fulfilled in the US
Return Policy
If you're not 100% satisfied, let us know and we'll make it right. View Details
Campaign ID
get-life-with-cats
Report this campaign

Share this design!

- **f Facebook**
- **🐦 Twitter**

Report this campaign

**Recently Viewed**

**Life is good with friends.**                    **Life is .....good Shirt Welder Shirt**

**Related products:**

**Glenwood Prep "SQUAD" T-Shirt**              **Anime Is Trash...And So Am I**

**National Parks 2017 Solar Eclipse**          **Official Raise Your Edge Apparel**

**Belgian Lives Matter #BLM**                   **v-Here comes the sun.**

Advertise this campaign
Shop
Entertainment
Social Media

## is good





Life Is Good You Should Get One Light Pink T-Shirt Front
Is Good Light Pink T-Shirt Back


Life Is Good You Should Get One Light Heather Grey T-Shirt Front
Is Good Light Heather Grey T-Shirt Back


Life Is Good You Should Get One Creme T-Shirt Front


**is good**

Like
Liked
★★★★★
★★★★★
Reviews (68103)
★★★★★
★★★★★
Reviews (22766)
★★★★★
★★★★★
Reviews (23265)
★★★★★
★★★★★
Reviews (1219)
just a cool adut shirt .
Show More

05:56:40
05:56:33
left to buy!

## Available Products:


Change Currency
 Hanes Tagless Tee - $21.99



•



•



•



- 

## What's your size?

## What's your size?

- 
- 
- 
- 

[Buy it now](#)[Out of stock](#)
Last day to order!

Want this shirt design?
00
days
05
:
hours
56
:
minutes
33
seconds

Emoji Apparel
Emoji art supplied by [EmojiOne](#)
[How Teespring Works](#)

Share this design!

- f [Facebook](#)
- 🐦 [Twitter](#)

[Report this campaign](#)
just a cool adut shirt .
Show More

See more from:

[Social Media](#)
Review Highlights:
★★★★★
★★★★★
Jul 30, 2017 10:13 pm EDT
Give more choices of tshirt quality, be more than just a novelty item.
★★★★★
★★★★★
Jul 30, 2017 6:51 pm EDT
My issue was that I THOUGHT I was ordering a ladies t shirt and it was a unisex tables T! I'm sad b cause I can't exchange it! If there's any way you can help- I would appreciate it! Thanks! Susan Taylor
★★★★★
★★★★★
Jul 30, 2017 9:21 pm EDT
The artwork is great and the screen print is excellent. Though I would like to see something on the front of the shirt in the way of artwork
Shipping Info
Return Policy
Campaign ID
Shipping Info
United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.
You can expect your package to arrive 9 - 12 business days after the time expires.
Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.
Shipping costs start at:

$3.99 for the first apparel item and $2.00 for each additional apparel item.
$1.50 for the first sticker and $0.25 for each additional sticker.

Products are fulfilled in the US
Return Policy
If you're not 100% satisfied, let us know and we'll make it right. View Details
Campaign ID
is-good-6700
Report this campaign
Emoji Apparel
Emoji art supplied by EmojiOne
How Teespring Works

Share this design!

- **f** **Facebook**
- **𝕏** **Twitter**

Report this campaign

**Recently Viewed**

**life with cats**

**Life is good with friends.**

More campaigns from **Social Media** you might like:

More campaigns from **Massachusetts** you might like:

**Life is .....good Shirt Welder Shirt**

More campaigns from **Staff Picks** you might like:

**Xurios!**

**I''M A PROUD MEMBER OF THE #NAPPYNATION**

**Anime Is Trash...And So Am I**

**Doughboys t-shirts**

**Somerville - It's Where My Story Begins**

**Worcester - It's Where My Story Begins**

Advertise this campaign
Shop
Occasions And Events
Music Festivals

**Life is G00D, smile, be happy**







Life is G00D, Smile, Be Happy  Life is good t-Shirt | teespring     https://teespring.com/shop/life-is-g00d-be-happy?aid=marketpl...



## Life is G00D, smile, be happy

Like
Liked
★★★★★
★★★★★
Reviews (1551)
This t-shirt will make you feel that the life Is G00D
Show More

05:55:02
05:54:36
left to buy!
Product: Hanes Women's Relaxed V-Neck - $22.99
Change Currency

## What's your size?

## What's your size?

- •
- •

Buy it nowOut of stock
Last day to order!

Want this shirt design?
00
days
05
:
hours
54
:
minutes
36
seconds

Share this design!

- **f** **Facebook**
- **🐦** **Twitter**

Report this campaign
This t-shirt will make you feel that the life Is G00D
Show More

See more from:

Music Festivals
Review Highlights:
★★★★★
★★★★★
Jul 28, 2017 5:47 pm EDT
Love the shirt, very comfortable, fits well.
★★★★★
★★★★★
Jul 28, 2017 6:41 pm EDT
Love my unique shirt. Glad for more flattering woman's sizes.
★★★★★
★★★★★
Jul 30, 2017 7:11 pm EDT

Thank you!
Shipping Info
Return Policy
Campaign ID
Shipping Info
United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.
You can expect your package to arrive 9 - 12 business days after the time expires.
Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.
Shipping costs start at:

    $3.99 for the first apparel item and $2.00 for each additional apparel item.

Products are fulfilled in the US
Return Policy
If you're not 100% satisfied, let us know and we'll make it right. View Details
Campaign ID
life-is-g00d-smile-be-happy
Report this campaign

Share this design!

- **Facebook**
- **Twitter**

Report this campaign

Recently Viewed

is good

life with cats

Life is good with friends.

Life is .....good Shirt Welder Shirt

More campaigns from **Music Festivals** you might like:

ONE MORE SHOT

Retirement Blues Music Hoodie $34.99

Advertise this campaign
Shop
Other
Quotes

# Life is So Good

from NOTE TO SELF



Life Is So Good
Life Is So G





Life          d Purple T-Shirt Front
Life          d Purple T-Shirt Back

## Life is So Good

from NOTE TO SELF
Like
Liked
★★★★★
★★★★★
Reviews (68103)
★★★★★
★★★★★
Reviews (22766)
★★★★★
★★★★★
Reviews (8355)
★★★★★
★★★★★
Reviews (1219)
I starting saying LIFE IS So GOOD once I kept having reoccurring bad events happen. I simply couldn't get out of the rutt I was in over the years. Therefore I started instilling into myself only positive words. Things simply turned around and LIFE IS So GOOD.
Show More

05:54:04
05:53:51
left to buy!

## Available Products:

Change Currency
Hanes Tagless Tee - $21.99









- 

**What's your size?**

**What's your size?**

**Colors:**

- 
- 
- 
- 

Buy it nowOut of stock
Last day to order!

Want this shirt design?
00
days
05
:
hours
53
:
minutes
51
seconds

Share this design!

- **f Facebook**
- **🐦 Twitter**

Report this campaign
I starting saying LIFE IS So GOOD once I kept having reoccurring bad events happen. I simply couldn't get out of the rutt I was in over the years. Therefore I started instilling into myself only positive words. Things simply turned around and LIFE IS So GOOD.
Show More

See more from:

Quotes
Review Highlights:
★★★★★
★★★★★
Jul 30, 2017 10:13 pm EDT
Give more choices of tshirt quality, be more than just a novelty item.
★★★★★
★★★★★
Jul 30, 2017 6:51 pm EDT
My issue was that I THOUGHT I was ordering a ladies t shirt and it was a unisex tables T! I'm sad b cause I can't exchange it! If there's any way you can help- I would appreciate it! Thanks! Susan Taylor
★★★★★
★★★★★
Jul 30, 2017 9:21 pm EDT
The artwork is great and the screen print is excellent. Though I would like to see something on the front of the shirt in the way of artwork
Shipping Info
Return Policy
Campaign ID
Shipping Info
United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.
You can expect your package to arrive 9 - 12 business days after the time expires.
Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.
Shipping costs start at:

$3.99 for the first apparel item and $2.00 for each additional apparel item.
$1.50 for the first sticker and $0.25 for each additional sticker.

Products are fulfilled in the US
Return Policy
If you're not 100% satisfied, let us know and we'll make it right. View Details
Campaign ID
note-to-self-life-is-sooo-goo
Report this campaign

Share this design!

- **f** **Facebook**
- 🐦 **Twitter**

Report this campaign

**Recently Viewed**

**Life is G00D, smile, be happy**                              **is good**

**life with cats**                              **Life is good with friends.**

**More campaigns from NOTE TO SELF you might like:**

**Life is soo Good, because GOD IS GREAT**                    **MY JOURNEY IN LIFE**

**More campaigns from Quotes you might like:**

**Are you living or just exisiting?**          **More campaigns from Massachusetts you might like:**

**More campaigns from Staff Picks you might like:**

**[2700+ SOLD!!] - "MAGNIFICENT" SHIRT**        **It's a beautiful day to save lives!**

**More campaigns from Trending you might like:**

Life Is So Good T-Shirt from NOTE TO SELF | Teespring                    https://teespring.com/shop/note-to-self-life-is-sooo-goo?aid=marketpl...

Advertise this campaign
Shop
Other
Quotes

# Life is So Good

from **NOTE TO SELF**



Life Is So Good Deep Royal T-Shirt Front
Life Is So Good Deep Royal T-Shirt Back



Life Is So Good Purple T-Shirt Front
Life Is So Good Purple T-Shirt Back



Life Is So Good Dark Gr...
Life Is So Good Dark Gr...



L... ...Black T-Shirt Front



## Life is So Good

from NOTE TO SELF

Like

Liked

★★★★★
★★★★★
Reviews (68103)
★★★★★
★★★★★
Reviews (22766)
★★★★★
★★★★★
Reviews (8355)
★★★★★
★★★★★
Reviews (1219)

I starting saying LIFE IS So GOOD once I kept having reoccurring bad events happen. I simply couldn't get out of the rutt I was in over the years. Therefore I started instilling into myself only positive words. Things simply turned around and LIFE IS So GOOD.

Show More

05:54:04
05:52:53
left to buy!

## Available Products:

Change Currency

Gildan 8oz Heavy Blend Hoodie - $38.99



- 

- 

- 

- 

## What's your size?

**What's your size?**

**Colors:**

- 
- 
- 
- 
- 

Buy it nowOut of stock

Last day to order!

Want this shirt design?

00

days

05

:

hours

52

:

minutes

53

seconds

Share this design!

- f **Facebook**
- 🐦 **Twitter**

Report this campaign

I starting saying LIFE IS So GOOD once I kept having reoccurring bad events happen. I simply couldn't get out of the rutt I was in over the years. Therefore I started instilling into myself only positive words. Things simply turned around and LIFE IS So GOOD.

Show More

See more from:

Quotes

Review Highlights:

★★★★★

★★★★★

Jul 30, 2017 10:13 pm EDT

Give more choices of tshirt quality, be more than just a novelty item.

★★★★★

★★★★★

Jul 30, 2017 6:51 pm EDT

My issue was that I THOUGHT I was ordering a ladies t shirt and it was a unisex tables T! I'm sad b cause I can't exchange it! If there's any way you can help- I would appreciate it! Thanks! Susan Taylor

★★★★★

★★★★★

Jul 30, 2017 9:21 pm EDT

The artwork is great and the screen print is excellent. Though I would like to see something on the front of the shirt in the way of artwork

Shipping Info

Return Policy

Campaign ID

Shipping Info

United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.

You can expect your package to arrive 9 - 12 business days after the time expires.

Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.

Shipping costs start at:

- $3.99 for the first apparel item and $2.00 for each additional apparel item.
- $1.50 for the first sticker and $0.25 for each additional sticker.

Products are fulfilled in the US

Return Policy

If you're not 100% satisfied, let us know and we'll make it right. View Details

Campaign ID

note-to-self-life-is-sooo-goo

Report this campaign

Share this design!

Advertise this campaign
Shop
Animals
Pets

**LIFE IS yellow good tshirt**



Life Is Yellow G............... T Shirt .....
Life Is Yello......





Life ........ Good Tshirt Black T-Shirt Front
Life ........ Good Tshirt Black T-Shirt Back



TIP: SHARE it with your friends, order together and save on shipping.
Show More

05:51:58
05:51:48
left to buy!

## Available Products:

[Change Currency](#)
  Women's Premium Tee - $22.99















- 

## Size Chart & Product Details

## Hide Details

- 
- 

## Size Chart

## Hide Chart

InchesCentimeters

|  | Length | Sleeve | Width |
|---|---|---|---|
| XS | 2563cm | 717cm | 16.541cm |
| S | 25.564cm | 6.37516cm | 18.546cm |
| M | 2666cm | 6.516cm | 19.549cm |
| L | 26.7567cm | 6.7517cm | 2153cm |
| XL | 27.569cm | 717cm | 22.7557cm |
| 2XL | 2871cm | 7.2518cm | 24.7562cm |
| 3XL | 3076cm | 922cm | 2768cm |
| 4XL | 3178cm | 9.524cm | 2973cm |

InchesCentimeters

|  | Length | Sleeve | Width |
|---|---|---|---|
| S | 28"71cm | 8.13"20cm | 18"45cm |
| M | 29"73cm | 8.38"21cm | 20"50cm |
| L | 30"76cm | 8.63"21cm | 22"55cm |
| XL | 31"78cm | 8.88"22cm | 24"60cm |
| 2XL | 33"83cm | 9.63"24cm | 26"66cm |
| 3XL | 34"86cm | 10.13"25cm | 28"71cm |
| 4XL | 35"88cm | 10.63"27cm | 30"76cm |
| 5XL | 36"91cm | 11.13"28cm | 32"81cm |

InchesCentimeters

|  | Length | Sleeve | Width |
|---|---|---|---|
| S | 28"71cm | 33.5"85cm | 18"45cm |
| M | 29"73cm | 35"88cm | 20"50cm |
| L | 30"76cm | 36.5"92cm | 22"55cm |
| XL | 31"78cm | 38"96cm | 24"60cm |
| 2XL | 32"81cm | 39.5"100cm | 26"66cm |
| 3XL | 33"83cm | 39.5"100cm | 30"76cm |
| 4XL | 34"86cm | 40"101cm | 30"76cm |
| 5XL | 35"88cm | 40.5"102cm | 32"81cm |

InchesCentimeters

|  | Length | Sleeve | Width |
|---|---|---|---|
| XS | 27"68cm | 7.63"19cm | 16.5"41cm |
| S | 28"71cm | 8.25"20cm | 18"45cm |
| M | 29"73cm | 8.63"21cm | 20"50cm |
| L | 30"76cm | 9.13"23cm | 22"55cm |
| XL | 31"78cm | 9.63"24cm | 24"60cm |
| 2XL | 32"81cm | 10.25"26cm | 26"66cm |

InchesCentimeters

|  | Body Width | Length |
|---|---|---|
| S (4) | 15.88"40cm | 19.25"48cm |
| M (6-8) | 16.5"41cm | 19.75"50cm |
| L (10-12) | 17.38"44cm | 20.38"51cm |

|  | Body Width | Length |
|---|---|---|
| XL (14-16) | 18.25"46cm | 21" 53cm |
| 2XL (18-20) | 19.13"48cm | 21.63"54cm |
| 3XL (22-24) | 20"50cm | 22.25"56cm |

InchesCentimeters

|  | Body Width | Length | Sleeve |
|---|---|---|---|
| S (4) | 16.75"42cm | 26.13"66cm | 7.5"19cm |
| M (6-8) | 18.25"46cm | 26.75"67cm | 8"20cm |
| L (10-12) | 20.25"51cm | 27.38"69cm | 8.75"22cm |
| XL (14-16) | 22.25"56cm | 28"71cm | 9.25"23cm |
| 2XL (18-20) | 24.25"61cm | 28.63"72cm | 10"25cm |

InchesCentimeters

|  | Length | Sleeve | Width |
|---|---|---|---|
| S (4) | 25"63cm | 13.75"34cm | 18"45cm |
| M (6-8) | 26"66cm | 14.5"36cm | 20"50cm |
| L (10-12) | 27"68cm | 15.5"39cm | 22"55cm |
| XL (14-16) | 28"71cm | 16.5"41cm | 24"60cm |
| 2XL (18-20) | 29"73cm | 17.5"44cm | 26"66cm |
| 3XL (22-24) | 30"76cm | 18.5"46cm | 28"71cm |

InchesCentimeters

|  | Length | Sleeve | Width |
|---|---|---|---|
| S | 26"66cm | 33"83cm | 20"50cm |
| M | 27"68cm | 34"86cm | 22"55cm |
| L | 28"71cm | 35"88cm | 24"60cm |
| XL | 29"73cm | 36"91cm | 26"66cm |
| 2XL | 30"76cm | 37"93cm | 28"71cm |
| 3XL | 31"78cm | 38"96cm | 30"76cm |
| 4XL | 32"81cm | 39"99cm | 32"81cm |
| 5XL | 33"83cm | 40"101cm | 34"86cm |

InchesCentimeters

|  | Length | Sleeve | Width |
|---|---|---|---|
| XS | 26"66cm | N/AN/A | 16.25"41cm |
| S | 27"68cm | N/AN/A | 18.25"46cm |
| M | 28"71cm | N/AN/A | 20.25"51cm |
| L | 29"73cm | N/AN/A | 22.25"56cm |
| XL | 30"76cm | N/AN/A | 24.25"61cm |
| 2XL | 31"78cm | N/AN/A | 26.25"66cm |
| 3XL | 32"81cm |  | 28.25"71cm |
| 4XL | 33"83cm |  | 30.25"76cm |
| 5XL | 34"86cm |  | 32.25"81cm |

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

[Buy it nowOut of stock](#)

Last day to order!

Want this shirt design?

00

days

05

:

hours

51

:

minutes

48

seconds

Share this design!

- f [Facebook](#)
- 🐦 [Twitter](#)

Report this campaign

- 100% printing in the USA.
- Don't miss out it !!
- Immediately printing after order -
*********************************************************************************

** Click Buy it now to pick your size,color and style **

100% Satisfaction Guaranteed
Safe and Secure Checkout
Paypal | VISA | Mastercard | Amex
Trouble Ordering:  Contact Teespring Customer Support at Email: support@teespring.com
TIP:  SHARE it with your friends, order together and save on shipping.
Show More

See more from:

PetsOther
Review Highlights:
★★★★★
★★★★★
Jul 30, 2017 7:59 pm EDT
Very happy with my new shirt! Quality print and quality shirt! Thank you! I wore it to my daughter's family get together and everyone loved it!
★★★★★
★★★★★
Jul 30, 2017 6:03 pm EDT
Love the shirt!
★★★★★
★★★★★
Jul 30, 2017 6:52 pm EDT
I would order a shirt again in the future. Thanks
Shipping Info
Return Policy
Campaign ID
Shipping Info
United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.
You can expect your package to arrive 9 - 12 business days after the time expires.
Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.
Shipping costs start at:

$3.99 for the first apparel item and $2.00 for each additional apparel item.

Products are fulfilled in the US
Return Policy
If you're not 100% satisfied, let us know and we'll make it right. View Details
Campaign ID
LIFE-IS-yellow-good
Report this campaign

Share this design!

- f Facebook
- 🐦 Twitter

Report this campaign

**Recently Viewed**

**Life is So Good**                                      **Life is G00D, smile, be happy**

**is good**                                              **life with cats**

More campaigns from Pets you might like:

More campaigns from Other you might like:

Advertise this campaign
Shop
Other
Belief

### Amesome t shirt design





Life Good Is Navy T-Shirt Front
Amesome T Shirt Design Navy T-Shirt Back



Life Good Is Light Steel T-Shirt Front
Amesome T Shirt Design Light Steel T-Shirt Back

Like
Liked
★★★★★
★★★★★
Reviews (68103)
★★★★★
★★★★★
Reviews (15763)
★★★★★
★★★★★
Reviews (8355)
*limited edition* , *awesome t shirt design for both men and women.*
Show More

05:47:20
05:47:10
left to buy!

## Available Products:

Change Currency
Hanes Tagless Tee - $21.99







## What's your size?

## What's your size?

## Colors:

-

## Colors:

-

## Colors:

-
-

Buy it nowOut of stock
Last day to order!

Want this shirt design?
00
days
05
:
hours
47

:
minutes
10
seconds

Share this design!

- f **Facebook**
- 🐦 **Twitter**

Report this campaign
*limited edition* , awesome t shirt design for both men and women.
Show More

See more from:

Belief
Review Highlights:
★★★★★
★★★★★
Jul 30, 2017 10:13 pm EDT
Give more choices of tshirt quality, be more than just a novelty item.
★★★★★
★★★★★
Jul 30, 2017 6:51 pm EDT
My issue was that I THOUGHT I was ordering a ladies t shirt and it was a unisex tables T! I'm sad b cause I can't exchange it! If there's any way you can help- I would appreciate it! Thanks! Susan Taylor
★★★★★
★★★★★
Jul 30, 2017 9:21 pm EDT
The artwork is great and the screen print is excellent. Though I would like to see something on the front of the shirt in the way of artwork
Shipping Info
Return Policy
Campaign ID
Shipping Info
United States

- United States
- Canada
- International

Orders are printed and shipped when the time expires or earlier.
You can expect your package to arrive 9 - 12 business days after the time expires.
Expedited or Rush shipping may be available depending upon the product(s) selected and the destination country.
Shipping costs start at:

$3.99 for the first apparel item and $2.00 for each additional apparel item.

Products are fulfilled in the US
Return Policy
If you're not 100% satisfied, let us know and we'll make it right. View Details
Campaign ID
lifegood_teespring
Report this campaign

Share this design!

- f **Facebook**
- 🐦 **Twitter**

Report this campaign

**Recently Viewed**

**Life is So Good**

**LIFE IS yellow good tshirt**

**Life is G00D, smile, be happy**

**is good**

**Related products:**